NO. 07-09-0131-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 10, 2009
_____

DEBBIE BARTHOLOMEW, APPELLANT

V.

ANNE COSPER, APPELLEE
_____

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2008-543,498; HONORABLE RUBEN REYES, JUDGE
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Debbie Bartholomew, has filed a motion to dismiss this appeal because she no longer wishes to pursue it. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). All costs related to this appeal are assessed against appellant. If dismissal will prevent appellee from seeking relief to which she would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice